MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Criminal Chief

SUSAN KNIGHT (CABN 209013)
HANLEY CHEW (CABN 189985)
Assistant United States Attorneys

   150 Almaden Blvd., Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5061
   FAX: (408) 535-5066
   E-Mail: Susan.Knight@usdoj.gov
          Hanley.Chew@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 09-00670 EJD |
| Plaintiff, | |
| v. | STIPULATION AND [PROPOSED] ORDER CONTINUING CONTINUING DEFENDANT'S SENTENCING FROM JUNE 3, 2013 TO JULY 15, 2013 |
| MICHAEL DADDONA, | |
| Defendant. | |

The parties, including the defendant, stipulate as follows:

1. The sentencing for defendant Michael Daddana ("defendant") is currently scheduled for June 3, 2013.

2. The parties are waiting for the outcome of co-defendant David Foley's sentencing, which may impact defendant's sentencing. Co-defendant Foley's sentencing has been continued to June 10, 2013.

3. Defense counsel and defendant have also not had the opportunity to be interviewed by the Probation Office, which has delayed the issuance of the Presentence Report (PSR). The

defendant and defense counsel will need additional time to review the PSR when it is issued. The assigned Probation Officer is available on July 15, 2013 and does not object to the continuance. In addition, defendant and defense counsel need additional time to investigate other matters to prepare for sentencing.

IT IS SO STIPULATED:                          MELINDA HAAG
                                              United States Attorney

DATED: 3/27/13                                      /s/
                                              SUSAN KNIGHT
                                              HANLEY CHEW
                                              Assistant United States Attorneys

DATED: 3/27/13                                      /s/
                                              ALAN DRESSLER
                                              Counsel for Defendant
                                              MICHAEL DADDONA

## **ORDER**

Accordingly, for good cause shown, the Court HEREBY ORDERS that the sentencing currently scheduled for June 3, 2013 be continued to July 15, 2013. at 1:30 PM

IT IS SO ORDERED.

DATED: 3/28/2013                              _____
                                              HONORABLE EDWARD J. DAVILA
                                              United States District Judge