MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Criminal Chief

SUSAN KNIGHT (CABN 209013)
HANLEY CHEW (CABN 189985)
Assistant United States Attorneys

150 Almaden Blvd., Suite 900
San Jose, California 95113
Telephone: (408) 535-5061
FAX: (408) 535-5066
E-Mail: Susan.Knight@usdoj.gov
Hanley.Chew@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL DADDONA,<br><br>Defendant. | No. CR 09-00670 EJD<br><br>STIPULATION AND [~~PROPOSED~~]<br>ORDER CONTINUING DEFENDANT'S<br>SENTENCING FROM JULY 15, 2013 TO<br>AUGUST 12, 2013 |

The parties, including the defendant, stipulate as follows:

1. The sentencing for defendant Michael Daddana ("defendant") is currently scheduled for July 15, 2013.

2. The parties are waiting for the outcome of co-defendant David Foley's sentencing, which may impact defendant's sentencing. Co-defendant Foley's sentencing will take place on July 29, 2013.

3. The defendant and defense counsel will need additional time to review the Presentence Report when it is issued. In addition, defendant and defense counsel need additional

time to investigate other matters to prepare for sentencing. Therefore, the parties request a continuance to August 12, 2013.

4. Probation Officer Benjamin Flores has no objection to continuing the sentencing date to August 12, 2013.

IT IS SO STIPULATED:

MELINDA HAAG
United States Attorney

DATED: May 14, 2013

/s/
SUSAN KNIGHT
HANLEY CHEW
Assistant United States Attorneys

DATED: May 14, 2013

/s/
ALAN DRESSLER
Counsel for Defendant
MICHAEL DADDONA

## ORDER

Accordingly, for good cause shown, the Court HEREBY ORDERS that the sentencing currently scheduled for July 15, 2013 be continued to August 12, 2013 at 1:30 p.m.

IT IS SO ORDERED.

DATED: 5/15/2013

HONORABLE EDWARD J. DAVILA
United States District Judge