MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 41241)
Chief, Criminal Division

SUSAN KNIGHT (CABN 209013)
HANLEY CHEW (CABN 189985)
Assistant United States Attorneys

   150 Almaden Blvd., Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5061
   FAX: (408) 535-5066
   E-Mail: Susan.Knight@usdoj.gov
          Hanley.Chew@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 09-00670 EJD |
| Plaintiff, | |
| v. | STIPULATION AND [PROPOSED] ORDER CONTINUING DEFENDANT'S SENTENCING FROM AUGUST 12, 2013 TO OCTOBER 21, 2013 |
| MICHAEL DADDONA, | |
| Defendant. | |

The parties, including the defendant, stipulate as follows:

1. The sentencing for defendant Michael Daddana ("defendant") is currently scheduled for August 12, 2013.

2. The parties are waiting for the outcome of co-defendant David Foley's sentencing, which may impact defendant's sentencing. Co-defendant Foley's sentencing is scheduled for July 29, 2013. In addition, due to a misunderstanding, the Probation Office has not yet had the opportunity to interview the defendant to complete the Presentence Report. The defendant and defense counsel will need additional time to review the Presentence Report when it is completed

and issued.

3. The Probation Office does not oppose a continuance to October 21, 2013.

IT IS SO STIPULATED:    MELINDA HAAG
                        United States Attorney

DATED: July 1, 2013          /s/
                        SUSAN KNIGHT
                        HANLEY CHEW
                        Assistant United States Attorneys

DATED: July 1, 2013          /s/
                        ALAN DRESSLER
                        Counsel for Defendant
                        MICHAEL DADDONA

## **ORDER**

Accordingly, for good cause shown, the Court HEREBY ORDERS that the sentencing currently scheduled for August 12, 2013 in the above-captioned case be continued to October 21, 2013 at 1:30 PM.

IT IS SO ORDERED.

DATED: 7/3/2013
                        HONORABLE EDWARD J. DAVILA
                        United States District Judge